1  SUE FAHAMI
Acting United States Attorney
2  District of Nevada
Nevada Bar No. 5634
3  TAMER B. BOTROS
Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
5  (702) 388-6336
Email: tamer.botros@usdoj.gov
6  *Attorney for the Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PARVIZ MAGHSOUDI and PARHAM MAGHSOUDI,<br><br>  Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigrations Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-02416-JCM-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Plaintiffs and Defendants, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

///

///

///

///

///

///

///

Respectfully submitted this 4th day of February 2025.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK, PLLC | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Gary Fink*<br>GARY FINK<br>*Attorneys for Plaintiff* | */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>*Assistant United States Attorney* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 11, 2025

2